**Order entered March 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00054-CV

**FATIMA DOLORES RODAS, Appellant**

**V.**

**LA MADELEINE OF TEXAS, INC., ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-04672**

## ORDER

Before the Court is appellant's motion requesting production of the court reporter's audio recordings of the October 14, 2013 hearing. Appellant contends the reporter's record contains inaccuracies as to rulings made by the trial court and in the testimony regarding the arbitrator. We **GRANT** appellant's motion to the extent that we **ORDER** the Honorable Phyllis Lister Brown, Judge of the 162nd Judicial District Court of Dallas County, Texas, to conduct a hearing and determine if the reporter's record contains the above-noted inaccuracies. *See* TEX. R. APP. P. 34/6(e)(2). We **ORDER** the trial court to transmit a supplemental clerk's record containing the written findings of fact, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order.

If the trial court determines the reporter's record contains inaccuracies, we **ORDER** Sheretta Martin, Official Court Reporter of the 162nd Judicial District Court of Dallas County, Texas, to file a corrected reporter's record within **FORTY-FIVE DAYS** of the date of this order.

The appeal is **ABATED** to allow the trial court to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the supplemental clerk's record is filed, which occurs earlier.

We **ORDER** the Clerk of this Court to send a copy of this order, by electronic transmission, to Judge Brown, Sheretta Martin, and all counsel of record.

/s/    ADA BROWN
        JUSTICE